# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00841-CV

**NHSL, Inc., Appellant**

**v.**

**Darque Tan, LLC; Segler Enterprises, Ltd.; and Robbie Segler, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. D–1-GV-08-02596, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellees have filed an agreed motion to dismiss the appeal, explaining that they have filed a nonsuit of their underlying lawsuit and that the parties agree that this appeal is now moot. We grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin and Field

Dismissed on Agreed Motion

Filed:  January 29, 2014